UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Joshua Whitman, | ) Case No. 24-CV-01987 |
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) |
| Match Group, LLC dba Hinge, | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Now comes Plaintiff, Joshua Whitman, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: May 2, 2024

Respectfully submitted,

**FRADIN LAW**

s/ *Michael L. Fradin*
Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2024 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing system.

/s/  *Michael L. Fradin*