# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joshua Whitman

                Plaintiff,

v.                               Case No.: 1:24–cv–01987

                                        Honorable Franklin U. Valderrama

Match Group, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 3, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the Notice of Voluntary Dismissal [11] and Federal Rule of Civil Procedure 41(a)(1)(A), this case is dismissed without prejudice. Civil case terminated. Emailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.